UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2140(JMR/RLE)

| | | |
|---|---|---|
| Douglas Edward Haselow | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Bert Mohs | ) | |

On January 3, 2002, the Honorable Raymond L. Erickson, United States Magistrate Judge, issued a Report and Recommendation in this matter, recommending that the petition for writ of habeas corpus be summarily dismissed without prejudice. Petitioner requests an extension of time in which to file objections to the Report and Recommendation.

IT IS ORDERED that:

Petitioner's request [Docket No. 6.] is granted. Petitioner shall file objections to the Report and Recommendation by May 16, 2002.

Dated: April 17d, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______