UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Douglas Edward Haslow,

Petitioner,

vs. ORDER

Bert Mohs, Warden,

Respondent. Civ. No. 01-2140(JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is summarily dismissed, but without prejudice.

BY THE COURT:

Chief Judge James M. Rosenbaum
United States District Court

DATED: July 1, 2002
At Minneapolis, Minnesota

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 3 2002
DEPUTY CLERK'S INITIALS ______